# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 04-106 |
| | ) |
| SHANEECA JOHNSON, | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM OPINION**

Defendant Shaneeca Johnson ("defendant") is in the custody of the Bureau of Prisons ("BOP") at Federal Prison Camp Alderson ("FPC Alderson"). Pending before the court is defendant's "motion for a recommendation regarding length of [residential re-entry center]…placement." (ECF No. 637.) For the reasons set forth in this memorandum opinion, defendant's motion will be denied.

"It is beyond question that the BOP is authorized to designate the place of a prisoner's imprisonment." United States v. Harris, Crim. Action No. 02-385, 2004 WL 350171, at *1 (E.D. Pa. Feb. 10, 2004) (citing 18 U.S.C. § 3621(b)). The BOP is granted that discretion because it is in the best position to evaluate whether a prisoner meets the requirements for placement in a specific facility under BOP Policy Statement 7310.04. Although this court may make a recommendation to the BOP about placement of a defendant at a specific facility, this court presently lacks knowledge about defendant's activities within the BOP. Under those circumstances, the court is not in a position to evaluate whether defendant meets the requirements set forth by the BOP to qualify for placement in a halfway house halfway house or residential reentry center. The court, therefore, cannot recommend to the BOP that defendant be permitted to serve five to six months of her sentence in a halfway house or residential reentry center.

In consideration of defendant's motion, however, the court will send a letter to Warden S. Butler of FPC Alderson to request that the BOP review defendant's file to determine if she qualifies for placement in a halfway house or other residential reentry center. An appropriate order will be entered.

By the court,

Dated: April 20, 2018

/s/ JOY FLOWERS CONTI
Joy Flowers Conti
Chief United States District Court Judge

Cc:
Shaneeca Johnson
#3524-7068 unit B2
P.O. Box A
Federal Prison Camp
Alderson, WV 24910